**Charles LANGHAM, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 12–7834.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 14, 2013.

Decided: Feb. 27, 2013.

Charles Langham, Appellant Pro Se.

Before KING, FLOYD, and THACKER, Circuit Judges.

PER CURIAM:

Charles Langham appeals the district court's order dismissing without prejudice his Federal Tort Claims Act complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Langham v. United States,* No. 5:12–ct–03135–D (E.D.N.C. Oct. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED.*